# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2725
LT Case No. 2018-CA-021888

_____

SEAN F. BOGLE, ESQUIRE, as
Personal Representative of the
Estate of Cindy Lynn
Farrington,

    Appellant,

    v.

MAQUE WILLIAMS,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Curtis Jacobus, Judge.

Kansas R. Gooden, of Boyd & Jenerette, P.A., Miami, and
Kevin D. Franz, of Boyd & Jenerette, P.A., Boca Raton, for
Appellant.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellee.

May 7, 2024

PER CURIAM.

    AFFIRMED.

EISNAUGLE, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____